**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Lenzie Lee MURRAY, Jr.,
Defendant–Appellant.**

No. 02–7570.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 16, 2002.

Decided Dec. 23, 2002.

Lenzie Lee Murray, Jr., Appellant Pro Se.

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lenzie Lee Murray, Jr., appeals the district court's order denying his "Motion to Petition Unconstitutional Imposed Sentence Pursuant to *Ring v. Arizona.*" We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning stated by the district court. *See United States v. Murray,* No. CR–96–157 (E.D. Va. filed Sept. 26, 2002 & entered Sept. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*